UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENJAMIN SMITH,<br><br>                 Plaintiff,<br>    v.<br>KROUT WILLIAM, *et al.*,<br><br>                 Defendants. | Case No. 3:21-cv-00282-MMD-CLB<br><br>TRANSFER ORDER |

Plaintiff Benjamin Smith, a *pro se* inmate housed at the Washoe County Detention Facility in Reno, Nevada, has submitted an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Smith sues various defendants for events that took place while he was in San Diego, California. (ECF No. 1-1.) All the defendants reside in Southern California. (*Id.*)

Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in San Diego County, California, and the defendants reside in Southern California. San Diego County is in the Southern District of California.

1  The Court directs the Clerk of the Court to transfer this action to the United States District
2  Court for the Southern District of California. This Court offers no opinion on the merits of
3  this action or on the application to proceed *in forma pauperis.*

For the foregoing reasons, the Clerk of the Court is directed to transfer this case to the United States District Court for Southern District of California.

The Clerk of the Court is further directed to close the case in this Court.

DATED THIS 25th Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE